

Sydney Sanchez
77 Water Street, Suite 2100
New York, New York 10005
Sydney.Sanchez@lewisbrisbois.com
Direct: 646.783.0993

September 14, 2022     File No. 31165.434

**Application GRANTED in part.** The initial pretrial conference scheduled for September 21, 2022, is adjourned to **October 19, 2022, at 4:00 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333. The deadline to file the joint letter and proposed civil case management plan and scheduling order is extended to **October 12, 2022, at 12:00 P.M.**

Dated: September 15, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Hon. Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Letter Motion Requesting Adjournment of Initial Conference
           *Miguel A. Santiago v. Brian D. Butz and Veriha Trucking, Inc.*
           Docket No.   :   22-CV-6147 (LGS)
           Our File No.   :   31165.434

Dear Judge Schofield:

    We represent the Defendants Brian D. Butz and Veriha Trucking, Inc. in the above-referenced matter. Pursuant to Your Honor's Order for Initial Pretrial Conference [ECF Docket No. 6] this matter is scheduled for a telephone conference on September 21, 2022 at 4:00 p.m. The Order directs the parties to confer with each other and to prepare a joint Proposed Civil Case Management Plan and Scheduling Order and to file a joint letter on ECF by September 14, 2022 at noon.

    This matter is being handled by my partner at Lewis Brisbois, Adam N. Schwartzstein, Esq. At the beginning of this week, Mr. Schwartzstein's mother experienced an unforeseen medical emergency, and she is currently critically ill in the hospital. Mr. Schwartzstein is in the hospital tending to his mother and has been unable to confer with opposing counsel regarding this matter. As such, Defendants are requesting that the telephone conference scheduled for September 21, 2022 be adjourned thirty (30) days to allow the parties to confer and to timely submit a joint letter in advance of the conference.

    This is Defendants' first request for an adjournment. Mr. Schwartzstein spoke to Plaintiff's attorney Peter Vakarev, Esq. on the telephone and obtained his consent for this adjournment.

Hon. Lorna G. Schofield
September 14, 2022
Page 2

      We greatly appreciate the Court's consideration of Defendants' request to adjourn the Initial Conference thirty (30 days).

      Very truly yours,

      Sydney S. Sanchez of
      LEWIS BRISBOIS BISGAARD &
      SMITH LLP

cc:    Law Offices of Aleksander Bakarev (via ECF)