UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                    :

MIGUEL A. SANTIAGO,                  :

                           Plaintiff,     :                    22 Civ. 6147 (LGS)

                      -against-      :

                                      :                    ORDER

BRIAN D. BUTZ, et al.,             :

                         Defendants.  :

                                      :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, the Order dated October 13, 2022, required the parties to file a status letter

on December 19, 2022, as outlined in Individual Rule IV.A.2;

     WHEREAS, the parties failed to submit the letter.  It is hereby

     **ORDERED** that, by **December 23, 2022**, the parties shall file the status letter.

Dated: December 20, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**